UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:14-mj-01154-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | **ORDER** |
| | : | |
| DUSTIN J. COSTELLO | : | |
| DEFENDANT | : | |

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on October 4, 2014, thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 104 Peeblestone Court, Willow Spring, North Carolina 27592, after October 4, 2014.

This 6th day of October, 2014.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE